**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**LEAH LEHMAN,**
**Petitioner,**

**v.** **Case No. 5:26cv224/MCR/MAL**

**WARDEN FCI MARIANNA,**
**Respondent.**
**_________________________________/**

**ORDER**

The magistrate judge issued a Report and Recommendation on September 1, 2026. ECF No. 5. Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have conducted a de novo review of any timely filed objections.

Having considered the Report and Recommendation, and all timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2241 (ECF No. 2) is summarily DISMISSED.

3. The clerk is directed to close the case file.

**DONE and ORDERED** this 16th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**